*See Attached*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_____Darlene Griffith_____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
__x__ Yes ____ No

_____C D O C Headquarters_____,

_____Dean Williams   Colorado Department Of Corrections Director_____
,

_____Warden Ryan Long_____,

_____Head nurse Nicole in medical, _____,
Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

"Defendants"

<u>Chief medical officer</u>, for Gender Treatment committee,

<u>Chief of behavioral Health</u>, for the Gender Dysphoria Treatment committee.

<u>Chief of psychiatry (chair)</u>, for Gender Dysphoria Treatment committee.

<u>mental Health program Administrator</u>, for the Gender Dysphoria Treatment committee.

<u>Wellpath</u> medical providers for prisons/Jails

<u>wellpath</u>.

> Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Darlene Griffith 153880, 3600 Havana Street, P.O. Box 392005, Denver, CO 80239
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
_x__ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   _____CDOC Headquarters_____
(Name, job title, and complete mailing address)

_____1250 academy Park Loop Colorado Springs Colorado 80910_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _x_ Yes ___ No (*check one*). Briefly explain:

___Yes they were acting under color of state law___

Defendant 1 is being sued in his/her ___ individual and/or _x_ official capacity.

2

Defendant 2: _____Dean Williams Executive Director Of Prison_____
(Name, job title, and complete mailing address)

_____1250 Academy Park loop Colorado Springs Colorado 80910_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __x__ Yes ___ No (*check one*). Briefly explain:

_____Yes They were abiding under color of state and federal Law._____

Defendant 2 is being sued in his/her __x__ individual and/or __x__ official capacity.

Defendant 3: _____Warden Ryan Long_____
(Name, job title, and complete mailing address)

_____3600 Havana Street Denver, CO. 80239_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __x__ Yes ___ No (*check one*). Briefly explain:

_____Defendant was acting under color of state and federal law._____

_____

Defendant 3 is being sued in his/her __x__ individual and/or __x__ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__x__   State/Local Official (42 U.S.C. § 1983)

___   Federal Official
        As to the federal official, are you seeking:
          ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

3

## "B Defendants Information,"

4. Chief Medical Officer, Gender Treatment committee
1250 Academy Park Loop
Colorado Springs, Colorado 80910
This Defendant was Acting under color of state and/or federal law.
Defendant 4 is being sued in his/her official and individual capacity.

5. Head Nurse in medical ~~Nicole~~ Nicole.
3600 Havana St, Denver, CO 80239.
Defendant 5 was acting under color of ~~sts~~ state and/or federal law.
Defendant 5 is being sued in his/her official and individual capacity.

6. Chief of behavioral Health Services for the Gender Dysphoria Treatment committee.
1250 Academy Park Loop,
Colorado Springs, CO 80910
This Defendant was acting under color of state /and ~~or~~ federal law.
Defendant 6 is being sued in his/her official /and Individual capacity.

B. Defendants Information.

7. Chief of psychiatry (chair) for G.D. committee.
1250 Academy Park Loop
Colorado Springs, CO 80910
This Defendant was acting under color of State and federal Law.
Defendant 7. Is Being Sued In Her/his Individual And official capacity.

8.) Mental Health Program Administrator for Gender Dysphoria Treatment committee.
1250 Academy Park Loop
Colorado Springs, CO 80910
This Defendant was acting under color of State and federal law
Defendant 8 Is Being Sued In her Individual and official capacity.

"B Defendants Information

9.) Wellpath (medical providers for prisons/jails)
9351 Grant St. Suite 480
Thornton, CO 80229

The Defendant(s) were acting under color of state and federal law.

Defendants 9. are being sued in their official capacity.

10). Wellpath
1283 Murfreesboro Rd.
Nashville, T.N.

The Defendants were acting under color of state law and federal law.

Defendant(s) 10 is being sued in their official capacity.

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

__X__ Other: (*please identify*)  ~~[scribbled out]~~

### D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____cruel and unusual punishment eighth admendment_____

Claim one is asserted against these Defendant(s): All Defendants Stated as above

Supporting facts: CDOC has not provided the surgery to me due to lack of medical care. And to cause serious bodily injury to myself knowing that I cause self harm to my self because I believe I should have been born a female. I have sent in numerous kites and grievences asking for the reassignment surgery and have been told cosmetic surgery is not provided by CDOC. When in fact CDOC does provide such surgery to other male to female transgenders. And Denver health does provide the surgery. top and bottom its covered by medicade and medicare which CDOC has for each inmate. I have been asking for the Surgery since 2019. And as per A.R. 700-☒-14 (pratices concerning Transgender offenders), It does not state anything about the Reasignment Surgery. My name is Darlene Griffith I have been a Transgender male to female for over 20 years. I try to Self-castrate on a weekly basis by tying a rubber band around my genitilia area hopeing one day, they will not be there.

4

"D) Statement of Claims"

The A.R. Also States All Transgenders should be In the Least Restrictive Housing. I am the only transgender on this facility In the "most restrictive" Housing, causing Serious mental Health Breakdowns. IN ~~may of a~~ may 9th, 2019 I Requested the Reasignment Surgery. The Grievence specifically states, "cosmetic surgery will not be giving while Incarcerated. As per A.R. 700-14 this A.R. Does not state that anymore., In may 20, 2023, I came Into the C.D.O.C. System Again. Still the Gender Review committee has not gotten Back to me on the Surgery. Even after medical kites and Grievences. The medical Providers Here, give a person the run around When ~~~~ I ask for the Surgery. Yet 3 other transgenders Here at this female Prison has gotten the Surgery done.

Exec. Order No 13,988 81, 86 Fed. Reg. 7023 (Jan 20 2021). The president put in a order that recognizes the rights of all people to be "treated with respect and dignity" and recieve equal Treatment under the Law, No matter there gender

"D. Statement of Claims.

Identity or sexual orientation." D.O.C. Not providing me with the surgery IS not equal Treatment. In fact It's the opposite. I have been denied repeatedly, even though C.D.O.C. knows by keeping me AS A male In the female prison causes me severe pain and suffering. The Gender Dysphoria committee meets with other ~~Trans~~ Transgender's here at the female prison, Approving Them the surgery to be A Women, yet I have Never been before this committee except, when the C.D.O.C. wanted me to be the 1st transgender to go from the male side to the female side. And I did. In Oct 4TH, 2019, I had no support, still to date, I have no type of mental Health support for Transgenders.

D. Statement of claims

And Have been denyed the Sex Reasignment surgery.

Claim II <u>Deliberate-indifference to serious medical need.</u> Eighth Amendment.

The Gender Dysphoria committee has known about my wanting a sex change the committee has the power to provide the permission to C.D.O.C. so I may get the surgery; they have failed to adequately respond to nurmuious letters to the committee, and nurmuious grievences. Requesting I get the Sex reaisgnment surgey. The committee has the athority to institute corrective measures and fail to correct them. Their BL and Administrative Regulation (A.R.) is suppose to be all the

Things Availble to and for transgenders yet It is Bland and Veague on Alot of Issues for Transgenders.

### E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __x__ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):           __El Paso County__

Docket number and court:           __23-1135 Appeal court__

Claims raised:                     __ADA us const. 1 & 8__

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   __still pending__

Reasons for dismissal, if dismissed:   _____

Result on appeal, if appealed:         __still pending__

### F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

5

Is there a formal grievance procedure at the institution in which you are confined?

__x__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

__x__ Yes ___ No (*check one*)

### G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1) $ 100,000 from each defendant for compensatory damages,

2) A preliminary injunction ordering CDOC to provide plaintiff with the operation,

3) $ 100,000 in punitive damages from each defendant for the pain and suffering plaintiff has to go through on a daily basis.

4) Whatever this court sees just and fair.

5) Attorneys fees

6) Trial by Jury.

### H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

6

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Darlae Griffith_
(Plaintiff's signature)

12-09-23
(Date)


(Revised November 2022)

7